UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
In re

CUSTOMS AND TAX ADMINISTRATION OF THE
KINGDOM OF DENMARK (SKAT) TAX REFUND           18-md-2865 (LAK)
LITIGATION

This paper applies to All Cases.
------------------------------------x

**PRETRIAL ORDER NO. 7**
**[ORDER TO SHOW CAUSE]**

LEWIS A. KAPLAN, *District Judge.*

The Court having rendered a decision [DI 62] on January 9, 2019 on a motion to dismiss many of these cases under the revenue rule and otherwise, it is hereby

ORDERED, as follows:

1. The defendants in those cases not enumerated in the caption of that memorandum opinion [DI 62] should show cause on or before January 31, 2019 why the opinion should not govern in their cases.

2. Any reply to such submissions shall be filed on or before February 14, 2019.

SO ORDERED.

Dated: January 10, 2019

/s/ Lewis A. Kaplan
Lewis A. Kaplan
United States District Judge